307 F.3d 459
 John Clifford TESMER, et al., Plaintiffs-Appellees,
v.
Jennifer GRANHOLM, Attorney General, Defendant,
Judge John F. Kowalski, et al., Defendants-Appellants,
Judge Dennis C. Kolenda, Appellant.
 No. 00-1824
 No. 00-1845.
 United States Court of Appeals, Sixth Circuit.
 September 20, 2002.
 
 BEFORE: MARTIN, Chief Judge, BOGGS, BATCHELDER, DAUGHTREY, MOORE, COLE, CLAY, GILMAN, and GIBBONS, Circuit Judges.
 
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of these cases en banc. Sixth Circuit Rule 35(a) provides as follows:
 
 
 2
 "The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."
 
 
 3
 Accordingly, it is ORDERED, that the previous decision and judgment of this court is vacated, the mandate is stayed and these cases are restored to the docket as pending appeals.
 
 
 4
 It is further ORDERED that the parties file supplemental briefs not later than the close of business Friday, October 25, 2002. Reargument is scheduled for Wednesday, December 11, 2002.